UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAITLIN BOYCE, individually and on behalf of all others similarly situated, : : : | |
| Plaintiff, : : | |
| : | Civil Action No. 2:160-cv-16339 |
| v.  : : | |
| : | JUDGE MARY ANN VIAL LEMMON |
| NORTHSTAR LOCATION  : | SECTION – "S" |
| SERVICES, LLC, : | |
| : | MAGISTRATE JUDGE KAREN |
| : | WELLS ROBY – DIVISION 4 |
| Defendant. : | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), Plaintiff, Caitlin Boyce, and Defendant, Northstar Location Services, LLC ("Northstar), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against Northstar, and dismissal without prejudice of the class claims against Northstar (plaintiff never moved for certification), with each side to bear its own fees and costs.

DATE: August 3, 2017

Respectfully submitted,

_/s/Keren E. Gesund_____        _/s/Michael D. Alltmont_____
Keren E. Gesund, Esq.                                    Michael D. Alltmont (LA 32318)
Gesund & Pailet, LLC                                      Sessions Fishman Nathan & Israel
3421 N. Causeway Blvd., Suite 701              3850 N. Causeway Blvd. Suite 200
Metairie, LA  70002                                         Metairie, LA 70002
Telephone:  (504) 836-2888                           Telephone:  (504) 828-3700
Email: keren@gp-nola.com                            Facsimile:   (504) 828-3737
Attorney for Plaintiff,                                      Email: malltmont@sessions.legal
Caitlin Boyce                                                    Attorneys for Defendant,
                                                                          Northstar Location Services, LLC

1

2

## **CERTIFICATE OF SERVICE**

    I certify that on August 3, 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

                                          _/s/Michael D. Alltmont_____
                                                    Attorney